THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANKERS COMMERCIAL SECURITY COMPANY, INC., Respondent, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — moneyed capital tax — capital employed in business of dealing in installment paper not in competition with business of National banks — assessment properly vacated.*

*People ex rel. Bankers Com. Security Co., Inc.,* v. *Goldfogle,* 213 App. Div. 716, affirmed.

(Argued December 14, 1925; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1925, which unanimously affirmed an order of Special Term vacating and canceling an assessment levied against relator on the value of moneyed capital owned or held by it and alleged to have been used in competition with the business of National banks. The assessment against the relator for the year 1923 was held invalid on the ground that its moneyed capital, which was employed in the business of dealing in installment paper, which comprised contracts of conditional sale, leases, mortgages or notes all evidencing the sale of merchandise on the installment or deferred payment plan, was not in competition with the business of National banks.

*George P. Nicholson, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for appellants.

*John W. Davis, Henry M. Powell, Reginald F. Isaacs* and *Walter A. Hall* for respondent.

Order affirmed, with costs, on authority of *People ex rel. Pratt* v. *Goldfogle* (242 N. Y. 277).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

35